UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JORDAN,<br><br>               Petitioner,<br><br>   v.<br><br>R.A. HOREL, WARDEN,<br><br>               Respondent. | NO. EDCV 08-00490-MMM (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.  The Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that:  (1) the Petition is dismissed as untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 30, 2009 .

Margaret M. Morrow

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE