JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME JORDAN, | ) NO. EDCV 08-00490-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| R.A. HOREL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 30, 2009.

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE